October 4, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

MICHAEL LAWRENCE TAPLIN, Appellant

NO. 14-12-00694-CR                    V.

THE STATE OF TEXAS, Appellee

_____

      This cause was heard on the transcript of the record of the court below. The record indicates that the appeal should be **DISMISSED.** The Court orders the appeal **DISMISSED** in accordance with its opinion.

      We further order appellant pay all costs expended in the appeal.

      We further order this decision certified below for observance.